# EXHIBIT 1B

# POWERWATCH'S FIRST INFRINGEMENT ANALYSIS

## U.S. Patent No. 7,281,079 – Nanya Technology Corporation

## Claim 11

PowerWatch Systems LLC ("PowerWatch") provides evidence of infringement of claim 11 of U.S. Patent No. 7,281,079 (hereinafter "the '079 patent") by Nanya Technology Corporation ("Nanya"). In support thereof, PowerWatch provides the following claim charts.

"Accused Instrumentalities" as used herein refers to at least Defendant's systems and methods that include infringing memory cell components for volatile and non-volatile memory using at least one of the following: (i) DDR4, DDR5 or later versions; or (ii) memory with two or more independently operable memory bank cells. Upon information and belief, the exemplary version herein and previous versions of the Accused Instrumentalities distributed prior to expiration of the patents in suit operated materially in the same manner.

Examples of infringing memory components used in Defendant's products include Nanya DRAMs, Nanya SDRAMs, Nanya DIMMs, and Nanya DDR4-8Gb C-Die NT5AD2048M4C3/NT5AD1024M8C3/NT5AD612M16C4 along with any hardware and/or software. Defendant manufactured, provided, used, sold, offered for sale, imported, and/or distributed Accused Instrumentalities incorporated in its hardware products (collectively, "Accused Products"). Exhibit 3 includes evidence of the sale of the Accused Products during the relevant damages period.

These claim charts demonstrate Nanya's infringement, and provide notice of such infringement, by comparing each element of the asserted claim to corresponding components, aspects, and/or features of the Accused Instrumentalities. The claim chart uses color coding to assist with the infringement analysis. These claim charts are not intended to constitute an expert report on infringement. These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as Nanya has not yet provided any non-public information. An analysis of Nanya's (or other third parties') technical documentation and/or software source code may assist in fully identifying all infringing features and functionality. Accordingly, PowerWatch reserves the right to supplement this infringement analysis once such information is made available to PowerWatch. Furthermore, PowerWatch reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims.

PowerWatch provides this evidence of infringement and related analysis without the benefit of claim construction or expert reports or discovery. PowerWatch reserves the right to supplement, amend or otherwise modify this analysis and/or evidence based on any such claim construction or expert reports or discovery.

Unless otherwise noted, PowerWatch contends that Nanya directly infringed the '079 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities. The following exemplary analysis demonstrates that infringement. Unless otherwise noted, PowerWatch further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections. Nanya has made, used, sold, imported, or offered for sale in the past, without authority, or has induced others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringe claim 11 of the '079 patent, including without limitation, the Accused Instrumentalities.

Unless otherwise noted, PowerWatch believes and contends that each element of each claim asserted herein is literally met through Nanya's provision of the Accused Instrumentalities. However, to the extent that Nanya attempts to allege that any asserted claim element is not literally met, PowerWatch believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Instrumentalities, PowerWatch did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein. In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically-identified Accused Instrumentalities, PowerWatch asserts that, on information and belief, any similarly-functioning instrumentalities also infringed the charted claim. PowerWatch reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by Nanya. PowerWatch also reserves the right to amend this infringement analysis by citing other claims of the '079 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities. PowerWatch further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

| | Claim | Accused Instrumentalities |
|---|---|---|
| 11 | A memory IC comprising: | Nanya Accused Products include the Accused Instrumentalities. Nanya Accused Products include a memory IC, i.e. a memory integrated circuit.<br><br><br>Standard DRAM<br>Nanya, offers JEDEC compliant, high quality DRAM devices, for a wide range of consumer and enterprise products.<br>Nanya serves as a one-stop shop covering a wide spectrum of DRAM technologies from DDR1, DDR2, DDR3, and DDR4, with densities ranging for 512Mb through 8Gb.<br>NANYA DDR4-8Gb C-Die<br>NT5AD2048M4C3/NT5AD1024M8C3/NT5AD512M16C4 |

| | | |
|---|---|---|
| | | Source: https://www.nanya.com/en/Product/<br>Source: https://resources.ampheo.com/static/datasheets/nanya-technology/nt5ad512m16c4-hr.pdf |
| 11A | a first group of banks of memory having a first bank, a first row address decoder coupled to the first bank, and a first bank selection logic coupled to the first row address decoder; | Nanya Accused Instrumentalities include a first group of banks of memory having a first bank, a first row address decoder coupled to the first bank, and a first bank selection logic coupled to the first row address decoder.<br>*See* disclosure of claim limitation 11 above. |

### 3.2 Basic Functionality

The DDR4 SDRAM is a high-speed dynamic random-access memory internally configured as sixteen-banks, 4 bank group with 4 banks for each bank group for x4/x8 and eight-banks, 2 bank group with 4 banks for each bankgroup for x16 DRAM.
The DDR4 SDRAM uses a 8n prefetch architecture to achieve high-speed operation. The 8n prefetch architecture is combined with an interface designed to transfer two data words per clock cycle at the I/O pins. A single read or write operation for the DDR4 SDRAM consists of a single 8n-bit wide, four clock data transfer at the internal DRAM core and eight corresponding n-bit wide, one-half clock cycle data transfers at the I/O pins.

Read and write operation to the DDR4 SDRAM are burst oriented, start at a selected location, and continue for a burst length of eight or a 'chopped' burst of four in a programmed sequence. Operation begins with the registration of an ACTIVATE Command, which is then followed by a Read or Write command. The address bits registered coincident with the ACTIVATE Command are used to select the bank and row to be activated (BG0-BG1 in x4/8 and BG0 in x16 select the bankgroup; BA0-BA1 select the bank; A0-A17 select the row; refer to "DDR4 SDRAM Addressing" on Section 2.8 for specific requirements). The address bits registered coincident with the Read or Write command are used to select the starting column location for the burst operation, determine if the auto precharge command is to be issued (via A10), and select BC4 or BL8 mode 'on the fly' (via A12) if enabled in the mode register.

### 4.1 Command Truth Table

(a) Note 1,2,3 and 4 apply to the entire Command truth table.
(b) Note 5 applies to all Read/Write commands.
[BG=Bank Group Address, BA=Bank Address, RA=Row Address, CA=Column Address, BC_n=Burst Chop, X=Don't Care, V=Valid].

**Table 17 — Command Truth Table**

| Function | Abbreviation | CKE Previous Cycle | CKE Current Cycle | CS_n | ACT_n | RAS_n/A16 | CAS_n/A15 | WE_n/A14 | BG0-BG1 | BA0-BA1 | C2-C0 | A12/BC_n | A17, A13, A11 | A10/AP | A0-A9 | NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mode Register Set | MRS | H | H | L | H | L | L | L | BG | BA | V | OP Code | | | | 12 |
| Refresh | REF | H | H | L | H | L | L | H | V | V | V | V | V | V | V | |
| Self Refresh Entry | SRE | H | L | L | H | L | L | H | V | V | V | V | V | V | V | 7,9 |
| Self Refresh Exit | SRX | L | H | H | X | X | X | X | X | X | X | X | X | X | X | 7,8,9,10 |
| | | | | L | H | H | H | H | V | V | V | V | V | V | V | |
| Single Bank Precharge | PRE | H | H | L | H | L | H | L | BG | BA | V | V | V | L | V | |
| Precharge all Banks | PREA | H | H | L | H | L | H | L | V | V | V | V | V | H | V | |
| RFU | RFU | H | H | L | H | L | H | H | RFU | | | | | | | |
| Bank Activate | ACT | H | H | L | L | Row Address(RA) | | | BG | BA | V | Row Address (RA) | | | | |

| | | |
|---|---|---|
| | | Source: https://www.jedec.org/document_search?search_api_views_fulltext=jesd79-4%20ddr4, Page 12,28<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then PowerWatch contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |
| 11B | a second group of banks of memory having a second bank, a second row address decoder coupled to the second bank, and a second bank selection logic coupled to the second row address decoder, | Nanya Accused Instrumentalities include a second group of banks of memory having a second bank, a second row address decoder coupled to the second bank, and a second bank selection logic coupled to the second row address decoder.<br><br>*See* disclosure of claim limitation 11 and 11A above.<br><br>Source: https://www.jedec.org/document_search?search_api_views_fulltext=jesd79-4%20ddr4, Page 12,28<br><br>In the representative example, there are four bank groups with four banks in each group. |

https://resources.ampheo.com/static/datasheets/nanya-technology/nt5ad512m16c4-hr.pdf

## 3.2 Basic Functionality

The DDR4 SDRAM is a high-speed dynamic random-access memory internally configured as sixteen-banks, 4 bank group with 4 banks for each bank group for x4/x8 and eight-banks, 2 bank group with 4 banks for each bankgroup for x16 DRAM.
The DDR4 SDRAM uses a 8n prefetch architecture to achieve high-speed operation. The 8n prefetch architecture is combined with an interface designed to transfer two data words per clock cycle at the I/O pins. A single read or write operation for the DDR4 SDRAM consists of a single 8n-bit wide, four clock data transfer at the internal DRAM core and eight corresponding n-bit wide, one-half clock cycle data transfers at the I/O pins.

Read and write operation to the DDR4 SDRAM are burst oriented, start at a selected location, and continue for a burst length of eight or a 'chopped' burst of four in a programmed sequence. Operation begins with the registration of an ACTIVATE Command, which is then followed by a Read or Write command. The address bits registered coincident with the ACTIVATE Command are used to select the bank and row to be activated (BG0-BG1 in x4/8 and BG0 in x16 select the bankgroup; BA0-BA1 select the bank; A0-A17 select the row; refer to "DDR4 SDRAM Addressing" on Section 2.8 for specific requirements). The address bits registered coincident with the Read or Write command are used to select the starting column location for the burst operation, determine if the auto precharge command is to be issued (via A10), and select BC4 or BL8 mode 'on the fly' (via A12) if enabled in the mode register.

### 4.1 Command Truth Table

(a) Note 1,2,3 and 4 apply to the entire Command truth table.
(b) Note 5 applies to all Read/Write commands.
[BG=Bank Group Address, BA=Bank Address, RA=Row Address, CA=Column Address, BC_n=Burst Chop, X=Don't Care, V=Valid].

**Table 17 — Command Truth Table**

| Function | Abbreviation | CKE | | CS_n | ACT_n | RAS_n/A16 | CAS_n/A15 | WE_n/A14 | BG0-BG1 | BA0-BA1 | C2-C0 | A12/BC_n | A17, A13, A11 | A10/AP | A0-A9 | NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Previous Cycle | Current Cycle | | | | | | | | | | | | | |
| Mode Register Set | MRS | H | H | L | H | L | L | L | BG | BA | V | OP Code | | | | 12 |
| Refresh | REF | H | H | L | H | L | L | H | V | V | V | V | V | V | V | |
| Self Refresh Entry | SRE | H | L | L | H | L | L | H | V | V | V | V | V | V | V | 7,9 |
| Self Refresh Exit | SRX | L | H | H | X | X | X | X | X | X | X | X | X | X | X | 7,8,9, 10 |
| | | | | L | H | H | H | H | V | V | V | V | V | V | V | |
| Single Bank Precharge | PRE | H | H | L | H | L | H | L | BG | BA | V | V | V | L | V | |
| Precharge all Banks | PREA | H | H | L | H | L | H | L | V | V | V | V | V | H | V | |
| RFU | RFU | H | H | L | H | L | H | H | RFU | | | | | | | |
| Bank Activate | ACT | H | H | L | L | Row Address(RA) | | | BG | BA | V | Row Address (RA) | | | | |

To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then PowerWatch contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial.

**Figure 3: 1 Gig x 8 Functional Block Diagram**




A representative example of a functional block diagram of a JEDEC compliant DDR4 memory shows the internally coupling of the functions.

| | | |
|---|---|---|
| 11C | all able to operated independently of the first bank, first | Nanya Accused Instrumentalities include all able to operated independently of the first bank, first row address decoder and first bank selection logic.<br>*See* disclosure of claim limitation 11, 11A and 11B above. |

| | | |
|---|---|---|
| | row address decoder and first bank selection logic; | DDR4 and Bank Groups<br><br>The question becomes: how does this apply to DDR4 and its 8N prefetch? If the trend shown in Figure 3 were followed with DDR4, DDR4 would have a prefetch of sixteen, but we have seen that is not desirable. DDR4 avoids this issue by introducing the concept of bank groups. With bank groups, a prefetch of eight is executed in one bank group, and another prefetch of eight can be executed in another independent bank group. The bank groups are separate entities, such that they allow a column cycle to complete within a bank group, but that column cycle does not impact what is happening in another bank group. Effectively, the DDR4 SDRAM can time division multiplex its internal bank groups in order to hide the fact that the internal SDRAM core cycle time takes longer than a burst of eight requires on the interface. Figure 4 shows how this process looks for a x16 DDR4 SDRAM with two bank groups, which are often used in embedded applications.<br><br>DDR4 has independent bank groups which are separate entities. Prefetch is a row operation. Both row and column operations are independent between bank groups.<br><br>Source: https://www.synopsys.com/designware-ip/technical-bulletin/ddr4-bankgroups.html<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then PowerWatch contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |

| | | |
|---|---|---|
| 11D | a control logic shared by both the first and second groups, coupled to both the first and second row address decoders, coupled to both the first and second bank selection logics, | Nanya Accused Instrumentalities include a control logic shared by both the first and second groups, coupled to both the first and second row address decoders, coupled to both the first and second bank selection logics. *See* disclosure of claim limitation 11, 11A, 11B and 11C above. <br><br> **3.1 Simplified State Diagram** <br><br>  |

Source: https://www.jedec.org/document_search?search_api_views_fulltext=jesd79-4%20ddr4, Page 11. Bank / Group Logic in Figure 3.1 is the same for both first and second bank selection logic.

**Figure 3: 1 Gig x 8 Functional Block Diagram**




A representative example of a functional block diagram of a JEDEC compliant DDR4 memory shows the internally coupling and sharing of the functions.

https://resources.ampheo.com/static/datasheets/nanya-technology/nt5ad512m16c4-hr.pdf

| | | |
|---|---|---|
| | | To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then PowerWatch contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |
| 11E | storing information concerning the state of all banks in the first group, including the first bank, and separately storing information concerning the state of all banks in the second group, including the second bank; and | Nanya Accused Instrumentalities include storing information concerning the state of all banks in the first group, including the first bank, and separately storing information concerning the state of all banks in the second group, including the second bank.<br><br>*See* disclosure of claim limitation 11, 11A, 11B, 11C and 11D above.<br><br>Source: https://www.jedec.org/document_search?search_api_views_fulltext=jesd79-4%20ddr4, Page 140 Source: https://link.springer.com/chapter/10.1007/978-1-4302-6638-9_3<br>Source: https://www.jedec.org/document_search?search_api_views_fulltext=jesd79-4%20ddr4, Page 16 |

| | | |
|---|---|---|
| | | During Power-Down, if all banks are closed after any in-progress commands are completed, the device will be in precharge Power-Down mode; if any bank is open after in-progress commands are completed, the device will be in active Power-Down mode.<br><br>**Table 56 — Power-Down Entry Definitions**<br><br>(see table below)<br><br>At a high-level, there are two types of CKE:<br><br>• Active power down (APD): Memory pages are kept open[5] and the row buffer stays powered up.<br>• Precharge power down (PPD): The memory pages in all banks on a rank have been "closed" or "precharged," and the row buffer can be powered down.<br><br>The mode register contents can be changed using the same command and timing requirements during normal operation as long as the DRAM is in idle state, i.e., all banks are in the precharged state with tRP satisfied, all data bursts are completed and CKE is high prior to writing into the mode register. For MRS command, If RTT_Nom function is intended to change (enable to disable and vice versa) or already enabled in DRAM MR, ODT signal must be registered Low ensuring RTT_NOM is in an off state prior to MRS command affecting RTT_NOM turn-on and off timing. Refer to note2 of Figure 10 for this type of MRS. The ODT signal may be registered high after tMOD has expired. ODT signal is a don't care during MRS command if DRAM RTT_Nom function is disabled in the mode register prior and after an MRS command.<br><br>The shared control logic keeps track of bank open or precharged activity to determine if an Active or Precharged Power-Down command is to be performed, and to enable mode register changes. The logic is implemented as a synchronous state machine, and status bits are latched (stored) in a register.<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then PowerWatch contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same |

**Table 56 — Power-Down Entry Definitions**

| Status of DRAM | DLL | PD Exit | Relevant Parameters |
|---|---|---|---|
| Active (A bank or more Open) | On | Fast | tXP to any valid command |
| Precharged (All banks Precharged) | On | Fast | tXP to any valid command. |

| | | |
|---|---|---|
| | | function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |
| 11F | a data buffer shared by both the first and second groups. | Nanya Accused Instrumentalities include a data buffer shared by both the first and second groups. *See* disclosure of claim limitation 11, 11A, 11B, 11C, 11D and 11E above.<br><br>Source: https://www.synopsys.com/designware-ip/technical-bulletin/ddr4-bankgroups.html<br><br><br>*Figure 4: DDR4 Solution to Prefetch of Eight*<br><br>The DDR4 DQ buffers and DQ pins are shared across all banks. |




NOTE 1 BL = 8, AL = 0, CL = 11, Preamble = 1tCK
NOTE 2 DOUT n (or b) = data-out from column n (or column b).
NOTE 3 DES commands are shown for ease of illustration; other commands may be valid at these times.
NOTE 4 BL8 setting activated by either MR0[A1:A0 = 0:0] or MR0[A1:A0 = 0:1] and A12 = 1 during READ command at T0 and T4.
NOTE 5 CA Parity = Disable, CS to CA Latency = Disable, Read DBI = Disable

**Figure 78 — Consecutive READ (BL8) with 1tCK Preamble in Different Bank Group**

The timing diagram shows how read accesses to different bank groups use common data buffers and DQ pins to transmit the read data.

Source: https://www.jedec.org/document_search?search_api_views_fulltext=jesd79-4%20ddr4, Page 99

| | | |
|---|---|---|
| | | To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then PowerWatch contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |

**Caveat**: The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner. For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.