# EXHIBIT 2B

**U.S. Patent No. 7,432,731 – Nanya Technology Corporation**

**Claims 6, 7, and 8**

PowerWatch Systems LLC ("PowerWatch") provides evidence of infringement of claims 6, 7, and 8 of U.S. Patent No. 7,432,731 (hereinafter "the '731 patent") by Nanya Technology Corporation ("Nanya"). In support thereof, PowerWatch provides the following claim charts.

"Accused Instrumentalities" as used herein refers to at least Defendant's systems and methods that include infringing memory cell components for volatile and non-volatile memory using at least one of the following: (i) DDR3 or later versions; (ii) DDR3 or later versions with ZQ calibration; (iii) DDR3 or later versions with On die Termination ("ODT") capabilities. Upon information and belief, the exemplary version herein and previous versions of the Accused Instrumentalities distributed prior to expiration of the patents in suit operated materially in the same manner.

Examples of infringing memory components used in Defendant's products include Nanya DRAMs, Nanya SDRAMs, Nanya DIMMs, Nanya DDR3 DIMMs, DDR3(L) SDRAM, Nanya DDR3 SDRAMs, Nanya NT5U64m16GG DRAM, Nanya NT5TU64M16GC-AC, Nanya Elixir N2CB2G80BN-CG 50 nm 2Gbit DDR3 SDRAM, Nanya SDRAM NT5TU64M16GG, Nanya SDRAM NT6TL64M32AQ, Nanya DDR3(L)-2Gb J-Die NT5CB(C)256M8JQ/NT5CB(C)128M16JR and Nanya DDR4-8Gb C-Die NT5AD2048M4C3/NT5AD1024M8C3/NT5AD612M16C4 along with any hardware and/or software. Defendant manufactured, provided, used, sold, offered for sale, imported, and/or distributed Accused Instrumentalities incorporated in its hardware products (collectively, "Accused Products"). Exhibit 3 includes evidence of the sale of the Accused Products during the relevant damages period.

These claim charts demonstrate Nanya's infringement, and provide notice of such infringement, by comparing each element of the asserted claim to corresponding components, aspects, and/or features of the Accused Instrumentalities. The claim chart uses color coding to assist with the infringement analysis. These claim charts are not intended to constitute an expert report on infringement. These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as Nanya has not yet provided any non-public information. An analysis of Nanya's (or other third parties') technical documentation and/or software source code may assist in fully identifying all infringing features and functionality. Accordingly, PowerWatch reserves the right to supplement this infringement analysis once such information is made available to PowerWatch. Furthermore, PowerWatch reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims.

PowerWatch provides this evidence of infringement and related analysis without the benefit of claim construction or expert reports or discovery. PowerWatch reserves the right to supplement, amend or otherwise modify this analysis and/or evidence based on any such claim construction or expert reports or discovery.

Unless otherwise noted, PowerWatch contends that Nanya directly infringed the '731 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities. The following exemplary analysis demonstrates that infringement. Unless otherwise noted, PowerWatch further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections. Nanya has made, used, sold, imported, or offered

for sale in the past, without authority, or has induced others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringe claims 6-8 of the '731 patent, including without limitation, the Accused Instrumentalities.

Unless otherwise noted, PowerWatch believes and contends that each element of each claim asserted herein is literally met through Nanya's provision of the Accused Instrumentalities. However, to the extent that Nanya attempts to allege that any asserted claim element is not literally met, PowerWatch believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Instrumentalities, PowerWatch did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein. In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically-identified Accused Instrumentalities, PowerWatch asserts that, on information and belief, any similarly-functioning instrumentalities also infringed the charted claim. PowerWatch reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by Nanya. PowerWatch also reserves the right to amend this infringement analysis by citing other claims of the '731 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities. PowerWatch further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

| | Claim | Accused Instrumentalities |
|---|---|---|
| 6 | A method comprising: | Nanya Accused Products include the Accused Instrumentalities. Nanya Accused Instrumentalities include a method. The method id described in DDR3(L)-2Gb J-Die NT5CB(C)256M8JQ/NT5CB(C)128M16JR.<br><br>NANYA<br>NTC Proprietary<br>Level: Property<br>DDR3(L)-2Gb J-Die<br>NT5CB(C)256M8JQ/NT5CB(C)128M16JR<br>Commercial and Industrial DDR3(L) 2Gb SDRAM<br>Features<br>• Basic DDR3 Compliant<br>- 8n Prefetch Architecture<br>- Differential Clock(CK/CK) and Data Strobe(DQS/DQS)<br>- Double-data rate on DQs, DQS and DM<br>• Data Integrity<br>- Auto Self Refresh (ASR) by DRAM built-in TS<br>- Auto Refresh and Self Refresh Modes<br>• Power Saving Mode<br>- Power Down Mode<br>• Signal Integrity<br>- Configurable DS for system compatibility<br>- Configurable On-Die Termination<br>- ZQ Calibration for DS/ODT impedance accuracy via external ZQ pad (240 ohm ± 1%)<br>• Signal Synchronization<br>- Write Leveling via MR settings<br>- Read Leveling via MPR<br>• Interface and Power Supply<br>- SSTL_15 for DDR3:VDD/VDDQ=1.5V(±0.075V)<br>- SSTL_135 for DDR3L:VDD/VDDQ=1.35V(-0.067/+0.1V)<br>Source: https://www.alldatasheet.com/datasheet-pdf/view/1145543/NANYA/NT5CB128M16JQ-FLT.html |

## Programmable Functions

- CAS Latency (6/7/8/9/10/11/13/14)
- CAS Write Latency (5/6/7/8/9/10)
- Additive Latency (0/CL-1/CL-2)
- Write Recovery Time (5/6/7/8/10/12/14/16)
- Burst Type (Sequential/Interleaved)
- Burst Length (BL8/BC4/BC4 or 8 on the fly)
- Self RefreshTemperature Range(Normal/Extended)
- Output Driver Impedance (34/40)
- On-Die Termination of Rtt_Nom(20/30/40/60/120)
- On-Die Termination of Rtt_WR(60/120)
- Precharge Power Down (slow/fast)

## Option

- Speed Grade (CL-TRCD-TRP)[1]
  - 2133 Mbps / 14-14-14
  - 1866 Mbps / 13-13-13
  - 1600 Mbps / 11-11-11
- Temperature Range ($T_c$)[3,5]
  - Commercial Grade : 0℃~95℃
  - Quasi Industrial Grade (-T) : -40℃~95℃
  - Industrial Grade (-I) : -40℃~95℃
- Package Information
  - Lead-free RoHS compliance and Halogen-free
  - Non-use 5PBTs of TSCA

| TFBGA Package | Length x Width (mm) | Ball pitch (mm) |
|---|---|---|
| 78-Ball | 7.50 x 10.50 | 0.80 |
| 96-Ball | 7.50 x 13.00 | 0.80 |

- Density and Addressing

| Organization | 256Mb x 8 | 128Mb x 16 |
|---|---|---|
| Bank Address | BA0 – BA2 | BA0 – BA2 |
| Auto precharge | A10 / AP | A10 / AP |
| BL switch on the fly | A12 / BC | A12 / BC |
| Row Address | A0 – A14 | A0 – A13 |
| Column Address | A0 – A9 | A0 – A9 |
| Page Size | 1KB | 2KB |
| tREFI(us)[3] | Tc<=85℃:7.8, Tc>85℃:3.9 | |
| tRFC(ns)[4] | 160ns | |

NOTE 1 Please refer to ordering information for the detail.
NOTE 2 1.35V DDR3L are backward compatible to 1.5V DDR3 parts. Please refer to page 5 operating frequency table. 1.35V DDR3L-RS parts are exceptional and unallowable to be compatible to 1.35V DDR3L and 1.5V DDR3 parts.
NOTE 3 If $T_C$ exceeds 85℃, the DRAM must be refreshed externally at 2x refresh, which is a 3.9us interval refresh rate. Extended SRT or ASR must be enabled.
NOTE 4 Violating tRFC specification will induce malfunction.
NOTE 5 When operate above 95℃, AC/DC will be derated (increased) and reliability may be affected.

Version 2.1
07/2022

1

NTC has the rights to change any specifications or product without notification.

Nanya Technology Corporation ©
All Rights Reserved.

<table>
<tr>
<td>6A</td>
<td>receiving a first command to calibrate on die termination circuitry in a memory,</td>
<td>
Nanya Accused Instrumentalities include receiving a first command to calibrate on die termination circuitry in a memory. See disclosure of claim limitation 6 above.<br>
Source: https://www.alldatasheet.com/datasheet-pdf/view/1145543/NANYA/NT5CB128M16JQ-FLT.html<br><br>
NANYA<br>
NTC Proprietary<br>
Level: Property<br>
DDR3(L)-2Gb J-Die<br>
NT5CB(C)256M8JQ/NT5CB(C)128M16JR<br><br>
DDR3(L) SDRAM Command Description and Operation<br>
Command Truth Table
<table>
<tr><th rowspan="2">Function</th><th rowspan="2">Abbr.</th><th colspan="2">CKE</th><th rowspan="2">CS</th><th rowspan="2">RAS</th><th rowspan="2">CAS</th><th rowspan="2">WE</th><th rowspan="2">BA0-BA2</th><th rowspan="2">A13-A14</th><th rowspan="2">A12-BC</th><th rowspan="2">A10-AP</th><th rowspan="2">A0-A9, A11</th><th rowspan="2">NOTES</th></tr>
<tr><th>Previous Cycle</th><th>Current Cycle</th></tr>
<tr><td rowspan="2">Power Down Exit</td><td rowspan="2">PDX</td><td rowspan="2">L</td><td rowspan="2">H</td><td>L</td><td>H</td><td>H</td><td>H</td><td>V</td><td>V</td><td>V</td><td>V</td><td>V</td><td rowspan="2">6,12</td></tr>
<tr><td>H</td><td>X</td><td>X</td><td>X</td><td>X</td><td>X</td><td>X</td><td>X</td><td>X</td></tr>
<tr><td>ZQ Calibration Long</td><td>ZQCL</td><td>H</td><td>H</td><td>L</td><td>H</td><td>H</td><td>L</td><td>X</td><td>X</td><td>X</td><td>H</td><td>X</td><td></td></tr>
<tr><td>ZQ Calibration Short</td><td>ZQCS</td><td>H</td><td>H</td><td>L</td><td>H</td><td>H</td><td>L</td><td>X</td><td>X</td><td>X</td><td>L</td><td>X</td><td></td></tr>
</table>
<br>
To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then PowerWatch contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial.
</td>
</tr>
</table>

**6B** — the first command having an associated first calibration time window;

Nanya Accused Instrumentalities include the first command having an associated first calibration time window. *See* disclosure of claim limitation 6 and 6A above. Source: https://www.alldatasheet.com/datasheet-pdf/view/1145543/NANYA/NT5CB128M16JQ-FLT.html

NANYA

NTC Proprietary
Level: Property

DDR3(L)-2Gb J-Die
NT5CB(C)256M8JQ/NT5CB(C)128M16JR

| Parameter | Symbol | DDR3-800 | | DDR3(L)-1066 | | DDR3(L)-1333 | | Unit |
|---|---|---|---|---|---|---|---|---|
| | | Min. | Max. | Min. | Max. | Min. | Max. | |
| **Command and Address Timing** | | | | | | | | |
| **Calibration Timing** | | | | | | | | |
| Power-up and RESET calibration time | tZQINIT | tZQINITmin: max(512tCK, 640ns) tZQINITmax: - | | | | | | |
| Normal operation Full calibration time | tZQOPER | tZQOPERmin: max(256tCK, 320ns) tZQOPERmax: - | | | | | | |
| Normal operation Short calibration time | tZQCS | tZQCSmin: max(64 tCK, 80ns) tZQCSmax: - | | | | | | |

To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then PowerWatch contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial.

**6C** — placing a memory input and an

Nanya Accused Instrumentalities include placing a memory input and an output and a memory core in a quiet mode. *See* disclosure of claim limitation 6, 6A and 6B above.

| | | |
|---|---|---|
| | output and a memory core in a quiet mode; | Source: https://www.alldatasheet.com/datasheet-pdf/view/1145543/NANYA/NT5CB128M16JQ-FLT.html<br><br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then PowerWatch contends that this element is met under the doctrine of equivalents. The above-identified |

| | | |
|---|---|---|
| | | features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |
| 6D | using a resistor connected to a reference voltage to calibrate the on die termination circuitry to compensate for at least one of a process, a voltage and a temperature variation; and | Nanya Accused Instrumentalities include using a resistor connected to a reference voltage to calibrate the on die termination circuitry to compensate for at least one of a process, a voltage and a temperature variation.<br>*See* disclosure of claim limitation 6, 6A, 6B and 6C above.<br><br>**ZQ External Resistor Value, Tolerance, and Capacitive loading**<br>In order to use the ZQ calibration function, a 240 ohm +/- 1% tolerance external resistor connected between the ZQ pin and ground. The single resistor can be used for each SDRAM or one resistor can be shared between two SDRAMs if the ZQ calibration timings for each SDRAM do not overlap. The total capacitive loading on the ZQ pin must be limited. |

| | | |
|---|---|---|
| | | NANYA<br>NTC Proprietary<br>Level: Property<br>DDR3(L)-2Gb J-Die<br>NT5CB(C)256M8JQ/NT5CB(C)128M16JR<br>**ZQ Calibration Commands**<br>**ZQ Calibration Description**<br>ZQ Calibration command is used to calibrate DRAM Ron and ODT values. DDR3(L) SDRAM needs longer time to calibrate output driver and on-die termination circuits at initialization and relatively smaller time to perform periodic calibrations.<br>ZQCL command is used to perform the initial calibration during power-up initialization sequence. This command may be issued at any time by the controller depending on the system environment. ZQCL command triggers the calibration engine inside the DRAM and once calibration is achieved the calibrated values are transferred from calibration engine to DRAM IO which gets reflected as updated output driver and on-die termination values.<br>The first ZQCL command issued after reset is allowed a timing period of tZQinit to perform the full calibration and the transfer of values. All other ZQCL commands except the first ZQCL command issued after RESET is allowed a timing period of tZQoper.<br>ZQCS command is used to perform periodic calibrations to account for voltage and temperature variations. A shorter timing window is provided to perform the calibration and transfer of values as defined by timing parameter tZQCS. One ZQCS command can effectively correct a minimum of 0.5 % (ZQ Correction) of RON and RTT impedance error within 64 nCK for all speed bins assuming the maximum sensitivities specified in the 'Output Driver Voltage and Temperature Sensitivity' and<br>Source: https://www.alldatasheet.com/datasheet-pdf/view/1145543/NANYA/NT5CB128M16JQ-FLT.html |

| | | |
|---|---|---|
| | | To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then PowerWatch contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |
| 6E | <u>receiving a second command to calibrate on die termination circuitry in the memory</u>, | Nanya Accused Instrumentalities include receiving a second command to calibrate on die termination circuitry in the memory.<br>*See* disclosure of claim limitation 6, 6A, 6B, 6C and 6D above.<br><br>Source: https://www.alldatasheet.com/datasheet-pdf/view/1145543/NANYA/NT5CB128M16JQ-FLT.html |

NANYA

NTC Proprietary
Level: Property

DDR3(L)-2Gb J-Die
NT5CB(C)256M8JQ/NT5CB(C)128M16JR

**DDR3(L) SDRAM Command Description and Operation**

**Command Truth Table**

| Function | Abbr. | CKE Previous Cycle | CKE Current Cycle | $\overline{CS}$ | $\overline{RAS}$ | $\overline{CAS}$ | $\overline{WE}$ | BA0-BA2 | A13-A14 | A12-$\overline{BC}$ | A10-AP | A0-A9, A11 | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Power Down Exit | PDX | L | H | L | H | H | H | V | V | V | V | V | 6,12 |
| | | | | H | X | X | X | X | X | X | X | X | |
| ZQ Calibration Long | ZQCL | H | H | L | H | H | L | X | X | X | H | X | |
| ZQ Calibration Short | ZQCS | H | H | L | H | H | L | X | X | X | L | X | |

To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then PowerWatch contends that this element is met under the doctrine of equivalents. The above-identified

<table>
<tr><td></td><td></td><td>features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial.</td></tr>
<tr><td>6F</td><td><u>the second command having an associated second calibration time window</u>,</td><td>Nanya Accused Instrumentalities include the second command having an associated second calibration time window.<br>See disclosure of claim limitation 6, 6A, 6B, 6C, 6D and 6E above.<br><br>Source: https://www.alldatasheet.com/datasheet-pdf/view/1145543/NANYA/NT5CB128M16JQ-FLT.html<br><br>NANYA<br>NTC Proprietary<br>Level: Property<br>DDR3(L)-2Gb J-Die<br>NT5CB(C)256M8JQ/NT5CB(C)128M16JR<br>
<table>
<tr><th>Parameter</th><th>Symbol</th><th>DDR3-800 Min.</th><th>DDR3-800 Max.</th><th>DDR3(L)-1066 Min.</th><th>DDR3(L)-1066 Max.</th><th>DDR3(L)-1333 Min.</th><th>DDR3(L)-1333 Max.</th><th>Unit</th></tr>
<tr><td colspan="9">Command and Address Timing</td></tr>
<tr><td colspan="9">Calibration Timing</td></tr>
<tr><td>Power-up and RESET calibration time</td><td>tZQINIT</td><td colspan="6">tZQINITmin: max(512tCK, 640ns)<br>tZQINITmax: -</td><td></td></tr>
<tr><td>Normal operation Full calibration time</td><td>tZQOPER</td><td colspan="6">tZQOPERmin: max(256tCK, 320ns)<br>tZQOPERmax: -</td><td></td></tr>
<tr><td>Normal operation Short calibration time</td><td>tZQCS</td><td colspan="6">tZQCSmin: max(64 tCK, 80ns)<br>tZQCSmax: -</td><td></td></tr>
</table>
<br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then PowerWatch contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial.</td></tr>
</table>

| | | |
|---|---|---|
| 6G | <u>wherein the first calibration time window is greater than the second calibratioin time window</u> | Nanya Accused Instrumentalities include wherein the first calibration time window is greater than the second calibratioin time window.<br>*See* disclosure of claim limitation 6, 6A, 6B, 6C, 6D, 6E and 6F above. |

NANYA

NTC Proprietary
Level: Property

DDR3(L)-2Gb J-Die
NT5CB(C)256M8JQ/NT5CB(C)128M16JR

| Parameter | Symbol | DDR3-800 | | DDR3(L)-1066 | | DDR3(L)-1333 | | Unit |
|---|---|---|---|---|---|---|---|---|
| | | Min. | Max. | Min. | Max. | Min. | Max. | |
| **Command and Address Timing** | | | | | | | | |
| **Calibration Timing** | | | | | | | | |
| Power-up and RESET calibration time | tZQINIT | tZQINITmin: max(512tCK, 640ns)<br>tZQINITmax: - | | | | | | |
| Normal operation Full calibration time | tZQOPER | tZQOPERmin: max(256tCK, 320ns)<br>tZQOPERmax: - | | | | | | |
| Normal operation Short calibration time | tZQCS | tZQCSmin: max(64 tCK, 80ns)<br>tZQCSmax: - | | | | | | |

| | | |
|---|---|---|
| | | NANYA<br>NTC Proprietary<br>Level: Property<br>DDR3(L)-2Gb J-Die<br>NT5CB(C)256M8JQ/NT5CB(C)128M16JR<br><br>**ZQ Calibration Commands**<br>**ZQ Calibration Description**<br><br>ZQ Calibration command is used to calibrate DRAM Ron and ODT values. DDR3(L) SDRAM needs longer time to calibrate output driver and on-die termination circuits at initialization and relatively smaller time to perform periodic calibrations.<br><br>ZQCL command is used to perform the initial calibration during power-up initialization sequence. This command may be issued at any time by the controller depending on the system environment. ZQCL command triggers the calibration engine inside the DRAM and once calibration is achieved the calibrated values are transferred from calibration engine to DRAM IO which gets reflected as updated output driver and on-die termination values.<br><br>The first ZQCL command issued after reset is allowed a timing period of tZQinit to perform the full calibration and the transfer of values. All other ZQCL commands except the first ZQCL command issued after RESET is allowed a timing period of tZQoper.<br><br>ZQCS command is used to perform periodic calibrations to account for voltage and temperature variations. A shorter timing window is provided to perform the calibration and transfer of values as defined by timing parameter tZQCS. One ZQCS command can effectively correct a minimum of 0.5 % (ZQ Correction) of RON and RTT impedance error within 64 nCK for all speed bins assuming the maximum sensitivities specified in the 'Output Driver Voltage and Temperature Sensitivity' and<br><br>Source: https://www.alldatasheet.com/datasheet-pdf/view/1145543/NANYA/NT5CB128M16JQ-FLT.html |

| | | |
|---|---|---|
| | | To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then PowerWatch contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |
| | | |
| 7 | The method of claim 6, wherein receiving a first command to calibrate on die termination circuitry in a memory is a command to calibrate a Dynamic Random Access Memory | Nanya Accused Instrumentalities include the method of claim 6, wherein receiving a first command to calibrate on die termination circuitry in a memory is a command to calibrate a Dynamic Random Access Memory.<br>*See* disclosure of claim 6 above.<br><br>Source: https://www.alldatasheet.com/datasheet-pdf/view/1145543/NANYA/NT5CB128M16JQ-FLT.html<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then PowerWatch contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |
| | | |
| 8 | The method of claim 6, wherein using a resistor connected to a reference voltage to calibrate the on die | Nanya Accused Instrumentalities include the method of claim 6, wherein using a resistor connected to a reference voltage to calibrate the on die termination circuitry uses a ZQ pin on the memory.<br>*See* disclosure of claim 6 above. |

| | | |
|---|---|---|
| | termination circuitry uses a ZQ pin on the memory. | **ZQ External Resistor Value, Tolerance, and Capacitive loading**<br>In order to use the ZQ calibration function, a 240 ohm +/- 1% tolerance external resistor connected between the ZQ pin and ground. The single resistor can be used for each SDRAM or one resistor can be shared between two SDRAMs if the ZQ calibration timings for each SDRAM do not overlap. The total capacitive loading on the ZQ pin must be limited.<br><br>Source: https://www.alldatasheet.com/datasheet-pdf/view/1145543/NANYA/NT5CB128M16JQ-FLT.html<br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then PowerWatch contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |

**Caveat**: The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner. For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.